## 17243.  HALL v. THE STATE.

Proof that a spoonful of corn whisky was found in the defendant's residence was sufficient to authorize the verdict of guilty of possessing intoxicating liquor.

DECIDED MAY 12, 1926.

Intoxicating Liquors, 33 C. J. p. 585, n. 92.

Conviction of possession of liquor; from city court of Carrollton—Judge Hood. February 13, 1926.

*Smith & Millican,* for plaintiff in error.

*Emmett Smith, solicitor,* contra.

BLOODWORTH, J. The defendant was charged with possessing intoxicating liquor. The undisputed evidence showed that the officers found a jug with a spoonful of corn whisky in it in the residence of the defendant. In his statement the defendant did not deny or make any explanation whatever of his possession of the liquor. Under the ruling in *Biddy* v. *State,* 20 *Ga. App.* 784 (97 S. E. 196), if the defendant knowingly had in his possession in Carroll county any quantity of corn whisky, even a "spoonful," he would be guilty. See *LaCount* v. *State,* 25 *Ga. App.* 767 (104 S. E. 920).

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*